### A. F. GOODWIN v. THE STATE.

No. 10220.      Delivered May 5, 1926.

**Theft by Conversion—No Statement of Facts—No Bills of Exception.**

There being neither a statement of facts, nor bills of exception in this record, and no fundamental errors appearing, the judgment is affirmed.

Appeal from the Criminal District Court of Dallas County. Tried below before the Hon. Felix D. Robertson, Judge.

Appeal from a conviction of theft by conversion of an automobile, penalty two years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for theft by conversion of an automobile, the punishment is two years in the penitentiary.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.      *Affirmed.*